Farah Tabibkhoei (SBN 266312)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8219
Email: FTabibkhoei@reedsmith.com

James C. Pistorino (SBN 226496)
PARRISH LAW OFFICES
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (412) 561-6250
Facsimile: (412) 561-6253
Email: james@dparrishlaw.com

Attorneys for Plaintiff Frederic Maupin

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERIC MAUPIN, an individual,<br><br>Plaintiff,<br>v.<br>ALEX AZAR, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. 2:19-cv-05673<br><br>**CERTIFICATE OF SERVICE** |

I declare that I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years, and not a party to the within action; my business address is 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071-1514.

On September 11, 2019, I served the following documents in the manner listed below: (1) Complaint; (2) Civil Cover Sheet; (3) Summons; (4) Certification and Notice of Interested Parties; (5) Notice to Counsel; (6) Summons In a Civil Action; (7) Notice of Pro Hac Vice Application; (8) Statement of Consent to Proceed Before A United States Magistrate Judge.

**Certified Mail Return**

Alex Azar
Secretary of the U.S. Department of Health and Services
200 Independence Ave., S.W.
Washington, D.C. 20201

**Certified Mail Return – (See Attached Receipt Received on July 17, 2019)**

William Barr
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

**Personal Service (See Attached Proof of Service on July 12, 2019)**

Civil Processing Department
Assistant United States Attorney
Office of the United States Attorney
300 Los Angeles Street, Suite 7516
Los Angeles, CA 90012

I am readily familiar with the practice of Reed Smith, LLP for collecting and processing of correspondence for mailing with the United States Postal Service. Under

that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelopes were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 11, 2019, at Los Angeles, California.

_____
Valerie S. Paredes

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_    ☐ Agent   ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>William Barr<br>United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>JUL 17 2019<br><br>3. Service Type<br>☒ Certified Mail®    ☐ Priority Mail Express™<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7014 2870 0002 2300 8590 |

PS Form 3811, July 2013         Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Farah Tabibkhoei
Reed Smith, LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA  90071

MAIL RECEIVED ON:

JUL 22 2019

REED SMITH LLP

| Attorney or Party without Attorney:<br>REED SMITH, LLP<br>FARAH TABIBKHOEI (SBN: 266312)<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071<br>Telephone No: 213-457-8000<br>Attorney For: Plaintiff | | Ref. No. or File No.: | | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | | | | |
| Plaintiff: FREDERIC MAUPIN, an individual<br>Defendant: ALEX AZAR, in his official capacity, etc. | | | | | |
| PROOF OF SERVICE | Hearing Date: | | Time: | Dept/Div: | Case Number:<br>19-CV-05673 SK |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Notice To Counsel (For use in Direct Assignment of Civil Cases to Magistrate Judges Program only), Certification and Notice of Interested Parties (LOCAL RULE 7.1-1), Statement of Consent to Proceed Before a United States Magistrate Judge (for Use in Direct Assignment of Civil Cases to Magistrate Judges Program Only)

3. a. Party served: OFFICE OF THE U.S. ATTORNEY
   b. Person served: GENOVEVA ORTEGA, CIVIL INTAKE CLERK

4. Address where the party was served: 300 N. Los Angeles Street Suite 7516, Los Angeles, CA 90012

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Jul 12 2019 (2) at: 12:26 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)          d. *The Fee for Service was:* $109.01
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

07/17/2019
(Date)                                                                      (Signature)



PROOF OF SERVICE                                    3554707
                                                    (4048987)