1  Farah Tabibkhoei (SBN 266312)
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA  90071-1514
4  Telephone:  +1 213 457 8000
   Facsimile:   +1 213 457 8219
5  Email:  FTabibkhoei@reedsmith.com

6
   James C. Pistorino (SBN 226496)
7  PARRISH LAW OFFICES
   224 Lexington Dr.
8  Menlo Park, CA  94025
9  Telephone: (412) 561-6250
   Facsimile: (412) 561-6253
10 Email: james@dparrishlaw.com

11
12 Attorneys for Plaintiff Frederic Maupin

13

14                  IN THE UNITED STATES DISTRICT COURT

15                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

16

| 17 | FREDERIC MAUPIN, an individual, | Case No. 2:19-cv-05673-MWF-JPR |
|---|---|---|
| 18 | | **[PROPOSED] JUDGMENT** |
| 19 | Plaintiff, | |
| 20 | v. | |
| 21 | ALEX AZAR, in his official capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| 22 | | |
| 23 | | |
| 24 | Defendant. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Having read Plaintiff Frederic Maupin's Motion for Summary Judgment, after full consideration of the motion, the documentary evidence, arguments of counsel, all papers and pleadings submitted in this matter, and good cause appearing therefore, the Court finds under applicable rules and regulations, the Administrative Law Judge ("ALJ") and Medicare Appeals Council (the "Council") have discretion to depart from Local Coverage Determinations ("LCD") in determining appeals of Medicare Part C cases.  *See* 42 C.F.R. § 405.1062(a), (b).  The Council's determination that the ALJ and Council had no discretion to depart from LCDs was an error of law.

**IT IS ORDERED, ADJUDGED, AND DECREED THAT:**

Summary judgment of liability is HEREBY GRANTED in favor of Plaintiff Frederic Maupin and the case is hereby remanded to the Secretary with an order to provide coverage for Dr. Maupin's TTFT claim.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                             Honorable Michael W. Fitzgerald
                                                             Judge of the District Court