UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.  CV 19-5673-MWF (JPRx)**              **Date:  October 25, 2019**
Title:      Frederic Maupin v. Alex Azar

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

|  |  |
|---|---|
| Deputy Clerk:<br>Rita Sanchez | Court Reporter:<br>Not Reported |
| Attorneys Present for Plaintiff:<br>None Present | Attorneys Present for Defendant:<br>None Present |

**Proceedings (In Chambers):**   ORDER GRANTING IN PART DEFENDANT'S EX
PARTE APPLICATION TO EXTEND
DEFENDANT'S TIME TO OPPOSE PLAINTIFF'S
SUMMARY JUDGMENT MOTION AND TO
VACATE THE NOVEMBER 18, 2019 HEARING
[23]


Before the Court is Defendant Alex Azar's Ex Parte Application to Extend
Defendant's Time to Oppose Plaintiff's Summary Judgment Motion and to Vacate the
November 18, 2019 Hearing, filed on October 18, 2019.  (Docket No. 23).  On October
21, 2019, Plaintiff filed an Opposition.  (Docket No. 24).

For the reasons discussed below, the Application is **GRANTED *in part***.

The Court understands that an AUSA might have a heavy workload, but the
entire requested relief is unjustified for the reasons that Plaintiff has articulated.
Plaintiff has the right to ***attempt*** to get an early resolution of the action on a narrow
issue of law – the Court hasn't examined the underlying motion and has no idea if it is
meritorious or not.  If the Secretary believes that the full record is necessary to oppose
the motion, then he can say so in his opposition.  Fed. R. Civ. P. 56(d).

For now, the hearing date remains on **November 18, 2019**.  The opposition is
due on **November 5, 2019.**  The optional reply is due on **November 12, 2019**.  The

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.  CV 19-5673-MWF (JPRx)**                          **Date:  October 25, 2019**
Title:      Frederic Maupin v. Alex Azar

Court strongly encourages the parties to agree on a new hearing date and briefing schedule and a realistic date by which the record will be filed.

IT IS SO ORDERED.